JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONCLAD PERFORMANCE WEAR CORPORATION., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>RPS SOLUTIONS, business entity unknown,<br><br>    Defendant. | CASE NO. CV 16-5684-GW(Ex)<br><br>**ORDER OF DISMISSAL** |

Pursuant to stipulation of the parties, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that the above-captioned action, including all claims asserted by Plaintiff Ironclad Performance Wear Corporation against Defendant RPS Solutions, is dismissed with prejudice. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this action.

IT IS SO ORDERED.

Dated: November 4, 2016

_____
Honorable George H. Wu
United States District Judge